| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 09-15-2022 |
|---|---|---|

**CRIMINAL CASE NO. CR 4:22-cr-79**
**UNITED STATES OF AMERICA VS. Judith Lanoue**

COURTROOM DEPUTY  Pam Hammock			COURT REPORTER  Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**		**ATTORNEY(S) FOR THE DEFENDANT:**

Chris Howard, AUSA					Jim Durham, retained

U.S. PROBATION OFFICER:				DEFENDANT SENTENCED ON COUNT(S)

Elizabeth Hilton					One (1) of the Information

[X] Presentence Report Reviewed In Full		Custody  6  Months B.O.P.

[ ] Objections to Factual Basis			Probation _____

[ ] Objections To Guidelines Calculations		Supervised Release  3  Years

[ ] Probation Officer Testifies			Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations	Fine $  none

[X] No Changes Ordered				Restitution $  3,228,921.53

[X] Findings Of The Court				Special Assessment $  100

[ ] Factual Witnesses Testify			To Be Paid  immediately

[X] Statements Of Counsel				Community Service _____

[X] Statements By Defendant			Facility Recommended  - FCI Marianna

[X] Sentence Pronounced				Defendant Remanded To The USM _____

OTHER DIRECTIVES OF THE COURT			Voluntary Surrender  - w/in 90 days

[ ] Attach Statement of Reasons to the Judgment	To USM [ ]   To Facility [X]

[ ] Transcribe Statement of Reasons			Nolle Prosse Count(s) _____

[X] Appeal Rights of Defendant Explained		Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided		Departure From Guidelines  - Y

[X] Notice of Counsel's Post-Conviction Obligations Provided	Upward _____  Downward  - Y

U.S. Deputy Marshal  Fireberg			Time  10:30  to  11:20  Total  00:50

Court Security Officer  Bryant